*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

UNPUBLISHED
February 28, 2019

v

ZDZISLAW GNAT,

        Defendant-Appellant.

No. 340978
Macomb Circuit Court
LC No. 2016-003921-FH

Before: SWARTZLE, P.J., and MARKEY and RONAYNE KRAUSE, JJ.

SWARTZLE, P.J. (*concurring*).

I concur with the majority's well-reasoned opinion in this case. With that said, I see no reason to speculate on whether a "waiver" argument could be made with respect to defendant's entitlement to an interpreter, as defendant plainly forfeited the matter and the majority (correctly) reviews the matter for plain error affecting defendant's substantial rights.

/s/ Brock A. Swartzle